**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
mroose@rlattorneys.com
Carissa C. Christensen, Esq. SBN: 14692
cchristensen@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Swift Intermodal, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN PETERSON,<br><br>Plaintiff,<br><br>vs<br><br>N & C TRANSPORT, INC., a California Corporation; SWIFT INTERMODAL, LLC, A Delaware Limited Liability Company; BALWINDER SINGH, and DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-00442-MMD-WGC<br><br>**SUBSTITUTION OF COUNSEL** |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that Defendant, SWIFT INTERMODAL, LLC, hereby consents to substitute STEVEN P. CANFIELD, ESQ. of ATKIN WINNER & SHERROD as its counsel of record in the place and stead of MELISSA J. ROOSE, ESQ. and CARISSA C. CHRISTENSEN, ESQ. of RESNICK & LOUIS, P.C.

DATED this ___11___ day of November, 2019.

SWIFT INTERMODAL, LLC

MELISSA J. ROOSE, ESQ and CARISSA C. CHRISTENSEN, ESQ. of RESNICK & LOUIS, P.C., hereby consent to the substitution of STEVEN P. CANFIELD, ESQ. of ATKIN WINNER & SHERROD as counsel of record for SWIFT INTERMODAL, LLC.

DATED this ___15th___ day of November, 2019.

**RESNICK & LOUIS, P.C.**

By: _____
Melissa J. Roose, Esq., SBN: 7889
Carissa Christensen, Esq., SBN: 14692
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant*
*Swift Intermodal, LLC*

///
///
///
///
///

2

STEVEN P. CANFIELD, ESQ. of ATKIN WINNER & SHERROD hereby substitutes in as counsel of record for SWIFT INTERMODAL, LLC in the place and stead of MELISSA J. ROOSE, ESQ. and CARISSA C. CHRISTENSEN, ESQ. of RESNICK & LOUIS, P.C. Copies of all pleadings, correspondence and other relevant case information should be directed to new counsel.

DATED this 8th day of November, 2019.

**ATKIN WINNER & SHERROD**

Steven P. Canfield, Esq., SBN: 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*Balwinder Singh*

IT IS SO ORDERED:

Steven P. Canfield, Esq. of Atkin, Winner & Sherrod is hereby substituted to represent Swift Intermodal, LLC in the place and stead of Melissa J. Roose, Esq. and Carissa J. Christensen, Esq. of Resnick & Louis, P.C.

THE HON. WILLIAM G. COBB,
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2019.