STEVEN P. CANFIELD
Nevada Bar No. 12711
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
scanfield@winnerfirm.com

*Attorneys for Swift Intermodal, LLC and Balwinder Singh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN PETERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>N&C TRANSPORT INC., a California Corporation; SWIFT INTERMODAL, LLC, A Deleware Limited Liability Company; BALWINDER SINGH, and DOES I-X, inclusive,<br><br>          Defendants. | CASE NO.: 3:19-cv-00442-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANTS' N&C TRANSPORT INC. AND SWIFT INTERMODAL, LLC ONLY AND ADD EVERGREEN TRANS, INC. AS A DEFENDANT TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Stephen H. Osborne, attorney for the Plaintiff, SUSAN PETERSON, and Steven P. Canfield, attorney for Defendant, SWIFT INTERMODAL, LLC and BALWINDER SINGH that Plaintiff, SUSAN PETERSON's claims against Defendants, N&C TRANSPORT INC. and SWIFT INTERMODAL, LLC identified in Plaintiff's Complaint be dismissed without prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED THAT the dismissal without prejudice is limited to Plaintiff, SUSAN PETERSON claims against Defendants, N&C TRANSPORT INC. and SWIFT INTERMODAL, LLC ***ONLY.***

IT IS FURTHER STIPULATED THAT the remaining parties will continue litigation in the above referenced matter.

Page 1 of 3

1238779.docx

1  IT IS FURTHER STIPULATED THAT the remaining parties have agreed to add

2  EVERGREEN TRANS, INC. as a Defendant to Plaintiff's Complaint.

3  DATED this 1st day of April, 2020                        DATED this 1st day of April, 2020

4  WINNER & SHERROD                                          OSBORNE LAW OFFICES

6   */s/ Steven P. Canfield*                                 */s/ Stephen H. Osborne*
Steven P. Canfield                                           Stephen H. Osborne
7  Nevada Bar No. 12711                                      Nevada Bar No. 4712
1117 South Rancho Drive                                      232 Court Street
8  Las Vegas, Nevada 89102                                   Reno, Nevada 89501
*Attorneys for Swift Intermodal, LLC*                        *Attorneys for Plaintiff*
9  *and Balwinder Singh*

*Susan Peterson vs. N&C Transport Inc., et al.*
*Case No.: 3:19-CV-00442-MMD-WGC*

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED Plaintiff, SUSAN PETERSON's claims against Defendants, N&C TRANSPORT INC. and SWIFT INTERMODAL, LLC identified in Plaintiff's Complaint be dismissed without prejudice, and each party to bear their own costs and attorney's fees;

IT IS FURTHER ORDERED that the dismissal without prejudice is a limited to Plaintiff, SUSAN PETERSON's claims against Defendants, N&C TRANSPORT INC. and SWIFT INTERMODAL, LLC *ONLY*;

IT IS FURTHER ORDERED that the remaining parties will continue in the above referenced matter; and

IT IS FURTHER ORDERED that the remaining parties have agreed to add EVERGREEN TRANS, INC. as a Defendant to Plaintiff's Complaint.

DATED this __2nd__ day of __April__ 2020.

UNITED STATES ~~MAGISTRATE~~ JUDGE

Submitted by:

WINNER & SHERROD, LTD.

 */s/ Steven P. Canfield*
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Swift Intermodal, LLC*
*and Balwinder Singh*

Case No.: 3:19-cv-00442-MMD-WGC