UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERGREEN TRANS, INC.; BALWINDER SINGH, and DOES I-X, inclusive,<br><br>    Defendants. | CASE NO.: 3:19-CV-00442-ART-CSD<br><br>**ORDER APPROVING**<br><br>Stipulation to Dismiss with Prejudice |

IT IS HEREBY STIPULATED by and between Stephen H. Osborne, attorney for the Plaintiff, SUSAN PETERSON, and Steven P. Canfield, attorney for Defendants, EVERGREEN TRANS, INC. and BALWINDER SINGH that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED THAT the April 17, 2023 trial date and all other court related appearances be **VACATED** in the above referenced matter.

DATED this 19th day of April, 2023.

WINNER & BOOZE

Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

DATED this 4 day of April, 2023.

LAW OFFICE OF STEPHEN H. OSBORNE

Stephen H. Osborne
Nevada Bar No. 4712
232 Court Street
Reno, Nevada 89501
*Attorneys for Plaintiff*

*Susan Peterson vs. Evergreen Trans, Inc. and Balwinder Singh*
*Case No.: 3:19-CV-00442-ART-CSD*

### ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED the April 17, 2023 trial date and all other court related appearances be **VACATED** in the above referenced matter.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: April 19, 2023